IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00530-ZLW-KLM

JEREMY C. GARDNER,

      Plaintiff,

v.

MIAMI-YODER SCHOOL DISTRICT JT-60,
RICHARD WALTER, in his individual capacity, and
DEBBIE PAYNE, in her individual capacity,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 49; Filed December 10, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the deadline for the completion of discovery is extended to **March 31, 2011**, and the deadline for filing dispositive motions is extended to **May 2, 2011**.

      Dated:  December 14, 2010