IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00530-MSK-KLM

JEREMY C. GARDNER,

    Plaintiff,

v.

MAIMI-YODER SCHOOL DISTRICT JT-60;
RICHARD WALTER, in his individual capacity; and
DEBBIE PAYNE, in her individual capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss With Prejudice (**#74**) filed June 16, 2011.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 16th day of June, 2011.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge